FILED

03/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0039

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0039

MONTANANS AGAINST IRRESPONSIBLE DENSIFICATION, LLC,

Plaintiff and Appellee,

v.

STATE OF MONTANA,

Defendant and Appellant.

**ORDER GRANTING FLATHEAD FAMILIES FOR RESPONSIBLE GROWTH'S LEAVE TO APPEAR AS *AMICUS CURIAE***

Pursuant to the unopposed motion for leave to file an amicus brief in the captioned matter by Flathead Families for Responsible Growth, and good cause appearing,

IT IS HEREBY ORDERED that the motion is Granted, and Amicus are granted leave to file their amicus brief on Tuesday, April 17, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2024